```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARYN SOLOMON                  :      CIVIL ACTION
                                :
     v.                         :
                                :
SCHOOL DISTRICT OF PHILADELPHIA :      NO. 10-3221
```

ORDER

And now, this 12th day of March, 2012, upon consideration of plaintiff Sharyn Solomon's ("Solomon's") complaint (docket entry # 1), defendant School District of Philadelphia's (the "District's") motion for summary judgment (docket entry # 26), Solomon's response in opposition thereto (docket entry # 28), and the District's reply in support of its motion (docket entry # 32), and upon the analysis set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. The District's motion for summary judgment (docket entry # 26) is GRANTED IN PART;

2. Counts I, II, V, and VI of Solomon's complaint (docket entry # 1) are DISMISSED;

3. By noon on March 19, 2012, the parties shall FILE a joint submission in accordance with the attached Standing Order, along with proposed jury instructions and verdict forms, and motions in limine;

      4.   By noon on March 21, 2012, the parties shall RESPOND to any motions *in* *limine* filed along with the joint submission; and

      5.   Trial, not to exceed two days for each side's presentation of evidence, shall COMMENCE at 9:30 a.m. on March 26, 2012 in Courtroom 15B.

                            BY THE COURT:

                              \_\_\s\Stewart Dalzell