```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SHARYON SOLOMON                    :
                                   :    CIVIL ACTION
                                   :
            v.                     :
                                   :
SCHOOL DISTRICT OF PHILADELPHIA    :    NO. 10-3221
```

## CIVIL JUDGMENT

Before the Honorable Stewart Dalzell

    AND NOW, this 20th day of April, 2012, in accordance with the answers on the Jury's verdict sheet,

    IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendant, School District of Philadelphia and against the plaintiff, Sharyon Solomon.


BY THE COURT

ATTEST: _____
        Eileen Adler
        Deputy Clerk


Civ 1 (8/80)